UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BYRON HUBBARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:18-cv-01229-JPH-MPB |
| ) | |
| WEXFORD OF INDIANA, LLC, et al. ) | |
| ) | |
| Defendants. ) | |

**Order Lifting Stay**

In the Order of May 22, 2020, the Court stayed this action because of the plaintiff's homelessness and the closure of the courthouse due to the COVID-19 pandemic. The plaintiff has since provided an address at which correspondence may be sent. In addition, the public is now allowed to enter the courthouse, with certain restrictions. Accordingly, the stay of proceedings is now **lifted**. The action shall now continue to proceed as directed in previous scheduling orders, with the following amendments: discovery shall be completed by **November 2, 2020**, and any dispositive motion shall be filed by **December 2, 2020**.

**SO ORDERED.**

Date: 8/17/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

BYRON HUBBARD
275 Medical Drive
Suite 4477
Carmel, IN 46032

All Electronically Registered Counsel